IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| KIMBERLY CALDWELL, )<br>)<br>Plaintiff, )<br>) | Case No: 3:21-cv-00458 |
| vs. ) | |
| ) | Judge Richardson |
| MONTGOMERY COUNTY ) | Magistrate Judge Newbern |
| ASSESSOR OF PROPERTY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Initial Case Management Order, Doc. No. 14, the Plaintiff, KIMBERLY CALDWELL, and the Defendant, MONTGOMERY COUNTY ASSESSOR OF PROPERTY, by and through counsel, hereby file this Joint Status Report and notify the Court they have conferred regarding the possibility of settlement. The Plaintiff submitted a settlement demand on August 12, 2022, which is being considered by the Defendant at this time. The parties will discuss whether mediation might assist in resolution of the case. The parties will notify the Court if they require any assistance.

Respectfully submitted,

THE EMPLOYMENT & CONSUMER LAW GROUP

BY: /s/ G. Brandon Hall
G. Brandon Hall (#034027)
*Attorney for Plaintiff*
1720 West End Ave.
Suite 402
Nashville, TN 37203
P: (615) 850-0632
bhall@eclaw.com

Respectfully submitted,

LAW OFFICE OF W. TIMOTHY HARVEY

By: /s/ Rebecca J. Garman
W. Timothy Harvey (#10469)
Rebecca J. Garman (#026317)
*Attorneys for the Defendant*
310 Franklin Street
Clarksville, Tennessee 37040
P: (931) 552-0549
F: (931) 552-0559
timharvey@wtharveylaw.com
rebeccagarman@wtharveylaw.com

# CERTIFICATE OF SERVICE

    I hereby certify an exact copy of the foregoing has been forwarded to the following counsel of record by:

| | |
|---|---|
| [ ] Hand-Delivery | **G. Brandon Hall** (#034027) |
| [ ] U.S. Mail | **Cullen Hamelin** (#037317) |
| [ ] Facsimile | *Attorneys for Plaintiff* |
| [ ] FedEx | THE EMPLOYMENT AND |
| [ ] E-Mail | CONSUMER LAW GROUP |
| [x] E.C. | 1720 West End Ave. |
| | Suite 402 |
| | Nashville, TN 37203 |
| | P: (615) 850-0632 |
| | bhall@eclaw.com |
| | chamelin@eclaw.com |

on this the 12th day of August, 2022.

                                                  BY:    /s/ Rebecca J. Garman
                                                               Rebecca J. Garman